**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RICHARD KEENHOLD, JR., DANNY KEENHOLD, AND KEENHOLD ASSOCIATES,<br><br>          Petitioners<br><br>      v.<br><br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY,<br><br>          Respondent | : No. 437 MAL 2021<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.